IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE DARNES,

    Petitioner,                   No. CIV S-07-0319 LKK EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the application that petitioner is not entitled to relief.

    Accordingly, it is hereby ordered that:

    1. Respondent shall file and serve a response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the

1

issues presented in the application.  *See* Rule 5, Fed. R. Governing § 2254 Cases.

    2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer;

    3.  If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

    4.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's February 16, 2007, petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.

Dated:  April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE